FILED
SUPERIOR COURT
OF GUAM

2019 MAR 28 PM 4: 11

CLERK OF COURT

By:_____

# IN THE SUPERIOR COURT OF GUAM

PEOPLE OF GUAM,

                    Plaintiff,

       v.

SHEN'S CORPORATION, SHEN'S COROPORATION dba PRESTIGE AUTOMOBILES, JOHN C.J. SHEN, JOHNATHAN SHIEH-HAO SHEN, ANA KRISTINE LARA ABSALON, ORLANDO P. DOMINGO,

                    Defendants.

Case No. CF0725-16

## DECISION & ORDER

This matter came before the Honorable Alberto C. Lamorena, III on March 01, 2019 of a submission by Defendants John C.J. Shen, Johnathan Shieh-Hao Shen, and Orland Domingo of a motion for orders of expungement.[1]  Defendant John C.J. Shen is represented by Attorney F. Randall Cunliffe, Defendant Johnathan Shieh-Hao Shen is represented by Attorney Mark Kondas, and Defendant Orlando Domingo is represented by Attorney Louie Yanza.  The People of Guam are represented by Assistant Attorney General Sean Brown.

On March 01, 2019 the Court entered a Judgment against Defendant Shen's Corporation dba Prestige Automobiles pursuant to a plea agreement and issued an order dismissing the

---

[1] At the hearing, the Defendants submitted a proposed Order for Expungement of Records, which the Court will consider an oral motion for orders of expungement.

matter with prejudice as to the Defendants John C.J. Shen, Johnathan Sheih-Hao Shen, and Orlando Domingo. (Order of Dismissal with Prejudice, Mar. 01, 2019); (No Contest Plea Agreement, Mar. 01, 2019).

Pursuant to the Supreme Court of Guam's Opinion in *People v. Ho*, 2009 Guam 18, the Court does not possess the authority to grant the Defendants' motion. Expungement orders cannot be issued in a criminal case after the rendition of final judgement except in cases where: 1) there is a deferred plea agreement; 2) the defendant has been acquitted; or 3) under certain offense-specific statutes that expressly provide for expungement. *People v. Ho*, 2009 Guam 18 ¶ 32 n.8; *People v. Lau*, 2007 Guam 4 ¶ 15. This case does not fall within one of these exceptions.

Accordingly, the Court **HEREBY DENIES** the Defendants' motion for orders of expungement.

IT IS SO ORDERED ___MAR. 28, 2019___.



_____
**HONORABLE ALBERTO C. LAMORENA III**
**Presiding Judge, Superior Court of Guam**

I acknowledge that a copy of the original hereto was placed in the court box of:
AG, Londen. Yanza
Cunliffe
Date: 3/28/19 Time: 415P